158 A.3d 1241

**Pamela ANGELL, Individually and as The Administratrix of the Estate of Thomas W. Bauer, Jr., Deceased**

**v.**

**James F. DERENO, Ross Township, and West View Borough**

**Petition of: West View Borough**

**No. 217 WAL 2016**

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.